DWINELL-WRIGHT CO. v. CO-OPERATIVE SUPPLY CO.

(Circuit Court, E. D. Pennsylvania. May 29, 1907.)

TRADE-MARKS AND TRADE-NAMES.

The name "White House," and the picture of the White House at Washington, held, upon final hearing, to constitute a valid trade-mark and trade-name for plaintiff's coffee.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trade-Marks and Trade-Names, §§ 8, 11.]

In Equity.

Burr, Brown & Lloyd and George L. Huntress, for plaintiff.
I. H. Mirkil and Franklin L. Lyle, for defendant.

HOLLAND, District Judge. For prior report of this cause, upon preliminary injunction being granted, see 148 Fed. 242. The case is now heard on bill, answer, and proofs, and these proofs are found to fully maintain the allegations of the bill, and a final decree is to be entered, permanently enjoining the defendants from selling or offering for sale, directly or indirectly, any coffee inclosed in wrappers upon which appears a picture or representation of the White House at Washington, or any coffee under the name of "White House," with or without said picture.

So ordered.